```
Your Name:    _____
Address:      _____
              _____
Phone:        _____
```

Defendant-Debtor

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 00-00220-002 |
| | ) | |
| Plaintiff, | ) | REQUEST FOR HEARING FORM |
| | ) | |
| v. | ) | |
| | ) | |
| BERNADETTE LAGUA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| Garnishee. | ) | |
| _____ | ) | |

REQUEST FOR HEARING FORM

[ ] I request that the Court hold a hearing in this matter.

[ ] I think that the property the Government is taking is exempt. See the attached CLAIM FOR EXEMPTION FORM.

Dated: _____    Signature: _____