**ORIGINAL**

EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

EDRIC M. CHING  6697
Assistant U. S. Attorney
Att: Financial Litigation Unit
Rm 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI  96850
Telephone: (808) 541-2850
Fax:       (808) 541-3752
Email:     edric.ching@usdoj.gov

Attorneys for the Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 28 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>          Plaintiff,         )<br>                             )<br>     v.                      )<br>                             )<br> BERNADETTE LAGUA,           )<br>                             )<br>          Defendant.         )<br>_____)<br> WAL-MART STORES, INC.,      )<br>                             )<br>          Garnishee.         )<br>_____) | Cr. No. 00-00220-002<br><br>APPLICATION FOR WRIT OF<br>CONTINUING GARNISHMENT |

## APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, Plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment in a criminal case entered against

the Defendant-Judgment Debtor BERNADETTE LAGUA, social security number XXX-XX-6331, whose last known address is: 67-307 Kanalu Street, Waialua, HI 96791 (hereinafter referred to as "Debtor") in the above cited action in the amount of $18,910.00.

There is a balance of $8,882.73 that is due and owing as of March 24, 2006.

Demand for payment of the above-stated debt was made upon the Debtor at least 30 days before March 24, 2006 and the Debtor has not paid the amount due.

The Garnishee is believed to have possession of property (including nonexempt disposable earnings) in which the Debtor has a substantial nonexempt interest.

//
//
//
//
//
//
//
//

The name and address of the Garnishee or his authorized agent is:

        WAL-MART STORES, INC.
        Att: Payroll Manager
        P.O. Box 82
        Bentonville, AR 72712-0082

DATED: March 24, 2006, at Honolulu, Hawaii.

        EDWARD H. KUBO, JR.
        United States Attorney
        District of Hawaii

By /s/ Edric M. C.
        EDRIC M. CHING
        Assistant U.S. Attorneys

Attorneys for the Plaintiff