ORIGINAL

EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

EDRIC M. CHING   6697
Assistant U. S. Attorneys
ATT: Financial Litigation Unit
Rm. 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI  96850
Telephone: (808) 541-2850
Fax:       (808) 541-3752
Email:     edric.ching@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. 00-00220-002 |
| ) | |
| Plaintiff, ) | WRIT OF CONTINUING |
| ) | GARNISHMENT; |
| v. ) | INSTRUCTIONS TO THE |
| ) | GARNISHEE; ANSWER OF |
| BERNADETTE LAGUA, ) | THE GARNISHEE FORM |
| ) | |
| Defendant, ) | |
| _____) | |
| ) | |
| WAL-MART STORES, INC., ) | |
| ) | |
| ) | |
| Garnishee. ) | |
| _____) | |

WRIT OF CONTINUING GARNISHMENT
---

GREETINGS TO:   WAL-MART STORES, INC.
                Att: Payroll Manager
                P.O. Box 82
                Bentonville, AR 72712-0082

[Filed stamps: FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII, MAR 28 2006, at 10 o'clock and 35 min. A M, SUE BEITIA, CLERK; LODGED MAR 28 2006, CLERK, U.S. DISTRICT COURT DISTRICT OF HAWAII]

An application for a Writ of Garnishment against the property of Defendant-Judgment Debtor BERNADETTE LAGUA, social security number XXX-XX-6331 whose last known address is: 67-307 Kanalu Street, Waialua, HI 96791 (hereinafter referred to as "Debtor") has been filed with this Court. A judgment in a criminal case was entered against the Debtor on February 21, 2001, the amount due as of March 24, 2006 totals $8,882.73.

You are required by law to answer in writing, under oath, and within ten (10) days after receipt of this writ, the following information: (1) Whether or not you have in your custody, control or possession, any property owned by the Debtor, including nonexempt, disposable earnings; (2) A description of such property and the value of the property; (3) A description of any previous garnishment to which such property is subject and the extent to which any remaining property is not exempt; and (4) The amount of the debt you anticipate owing to the Debtor in the future and whether the period for payment will be weekly or another specified period.

You are also required by law to withhold and retain any property in which the Debtor has a substantial nonexempt interest for which you are or may become indebted to the Debtor pending further Order of the Court.

Under the law, there is property which is exempt from this writ of Garnishment. Property which is exempt and which is

not subject to this Order is listed on the attached Claim for Exemption form.

Nonexempt earnings are defined as 25 percent of the Debtor's disposable earnings per pay period, calculated by deducting from gross wages the following required withholdings: federal income taxes, social security and medicare taxes, state income taxes, state disability insurance, and required payments to a public employee retirement system. However, the Debtor is entitled to receive, free from garnishment, minimum net wages of $154.50 per week.

You are, therefore, required by law to withhold 25 percent of the Debtor's disposable earnings, beginning with any earnings that you owed to the Debtor on the date that you received this writ, and continuing until further order of the Court.

Pursuant to 15 U.S.C. §1674, you are prohibited from discharging the Debtor from employment by reason of the fact that his earnings have been subject to garnishment.

You must file the original written Answer to this writ within ten (10) days of your receipt of this writ with the Clerk of the United States District Court, Room C-338, United States Courthouse, 300 Ala Moana Blvd., Honolulu, Hawaii 96850. Additionally, you are required by law to serve a copy of the Answer to this writ upon the Debtor at: 67-307 Kanalu Street,

Waialua, HI 96791 and upon the United States Attorney, Att: EDRIC M. CHING, Assistant United States Attorney, Financial Litigation Unit, Room 6-100, PJKK Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii 96850.

If you fail to answer this writ or fail to withhold property in accordance with this writ, the United States may petition the Court for an order requiring you to appear before the Court to answer the writ and to so withhold the property before the appearance date. If you fail to appear or do appear and fail to show good cause why you failed to comply with this writ, the Court will enter a judgment against you for the value of the Debtor's nonexempt interest in such property (including nonexempt disposable earnings). The Court may also award a reasonable attorney's fee to the United States and against you if the writ is not answered within the time specified herein and if the United States files a petition requiring you to appear.

DATED: _____MAR 2 8 2006_____, at Honolulu, Hawaii.

SUE BEITIA
United States District Court
District of Hawaii

By_____
Deputy Clerk