IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 00-00220-002 |
| | ) | |
| Plaintiff, | ) | INSTRUCTIONS TO THE |
| | ) | GARNISHEE |
| v. | ) | |
| | ) | |
| BERNADETTE LAGUA, | ) | |
| | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| | ) | |
| Garnishee. | ) | |
| _____ | ) | |

INSTRUCTIONS TO THE GARNISHEE

GREETINGS TO:   WAL-MART STORES, INC.
                Att: Payroll Manager
                P.O. Box 82
                Bentonville, AR 72712-0082


        Attached is a Writ of Garnishment instructing you to

provide the following information, in writing, under oath, within

ten (10) days of receipt of this writ: (1) Whether or not you

have in your custody, control, or possession any property owned

by the Debtor, including nonexempt, disposable earnings; (2) A

description of such property and the value of the property; (3) A

description of any previous garnishment to which such property is

subject and the extent to which any remaining property is not

exempt; and (4) The amount of the debt you anticipate owing to the Debtor in the future and whether the period for payment will be weekly or another specified period.

You are required by law to file the original written Answer to this writ within **ten (10) days** of your receipt of this writ with the **Clerk of the United States District Court, Room C-338, United States Courthouse, 300 Ala Moana Blvd., Honolulu, Hawaii 96850**.

You may complete the attached form entitled "ANSWER OF THE GARNISHEE FORM" and use it as your written Answer to this writ.

You are also required by law to serve a copy of the Answer to this writ upon the Debtor at: 67-307 Kanalu Street, Waialua, HI 96791 and upon the United States Attorney, Att: EDRIC M. CHING, Assistant United States Attorney, Financial Litigation Unit, Room 6-100, PJKK Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii 96850.

You are further required to withhold and retain any property in which the Debtor has a substantial nonexempt interest and for which you are or may become indebted to the Debtor pending further order of the court.

IF YOU FAIL TO ANSWER THIS WRIT OR FAIL TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT, THE UNITED STATES MAY PETITION THE COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT TO ANSWER THIS WRIT AND TO SO WITHHOLD PROPERTY BEFORE THE APPEARANCE DATE.

2

IF YOU FAIL TO APPEAR, OR YOU APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE COURT WILL ENTER JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEBTOR'S NONEXEMPT INTEREST IN SUCH PROPERTY (INCLUDING NONEXEMPT DISPOSABLE EARNINGS).

THE COURT MAY ALSO AWARD A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES AND AGAINST YOU IF THE WRIT IS NOT ANSWERED WITHIN THE TIME SPECIFIED HEREIN AND IF THE UNITED STATES FILES A PETITION REQUIRING YOU TO APPEAR.

If you have any additional questions, please call

Erlinda Lowry, Financial Litigation Agent, at telephone number

(808) 541-2850.

3