IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr. No. 00-00220-002 |
| Plaintiff, | ANSWER OF THE GARNISHEE FORM |
| v. | |
| BERNADETTE LAGUA, | |
| Defendant, | |
| WAL-MART STORES, INC., | |
| Garnishee. | |

ANSWER OF THE GARNISHEE FORM

I, _____, state that:

I am the (State Official Title)_____ of Garnishee, _____ a corporation, organized under the laws of the State of <u>Hawaii</u>.

On _____, 2006, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above):

    1. The Garnishee has custody, control or possession of earnings because the Debtor is or was in my/our employ. \_\_\_ Yes. \_\_\_ No.

    2. The Debtor's pay period is \_\_\_\_\_ weekly, \_\_\_\_\_ bi-weekly \_\_\_\_\_ semi-monthly, \_\_\_\_\_ monthly. Enter the date the present pay period began. ("Present"

means the pay period in which this order and notice of garnishment were served) _____.
Enter the date the above pay period ends. _____

3. The amount of the Debtor's net wages are:

    (a) Gross Pay                    $_____
    (b) Federal income tax           $_____
    (c) F.I.C.A. income tax          $_____
    (d) State income tax             $_____
    Total of tax withholdings        $_____
    Net Wages                        $_____
    (a less total of b,c,d)

4. Have there been previous garnishments in effect?.
   ___ Yes. ___ No. If the answer is "yes", describe below:
   _____
   _____
   _____

5. The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

6. The Garnishee anticipates owing to the Debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $_____ | _____ |
| 2. $_____ | _____ |
| 3. $_____ | _____ |
| 4. $_____ | _____ |

(Complete items 7-9 below if applicable)

2

7. The Garnishee makes the following claim of exemption on the part of the Debtor:

_____
_____
_____
_____
_____

8. The Garnishee makes the following objections, defenses, or set-offs to the United States' right to apply the Garnishee's indebtedness to the Debtor upon the United States' claim:

_____
_____
_____
_____

9. The Garnishee was not and is not indebted or under liability to the Debtor, and the Garnishee did not or does not have in his/her possession or control any property belonging to the Debtor, or in which the Debtor has an interest; and is not liable as Garnishee in this action for the following reason(s):

_____
_____
_____
_____
_____

   The Garnishee delivered or mailed the <u>original</u> of this Answer by first class mail to the Clerk of the United States District Court, Room C-338, United States Courthouse, 300 Ala Moana Blvd., Honolulu, Hawaii 96850.

   The Garnishee delivered or mailed a <u>copy</u> of this Answer by first class mail to the Debtor, BERNADETTE LAGUA at 67-307 Kanalu Street, Waialua, HI 96791.

The Garnishee delivered or mailed a <u>copy</u> of this Answer by first class mail to the United States Attorney, Att: EDRIC M. CHING, Assistant United States Attorneys, Financial Litigation Unit, Room 6-100, PJKK Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii 96850.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.


_____
Garnishee